IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KIM ANTHONY POLONCZYK,
    Plaintiff,

vs.                                                       Case No.:  3:15cv15/RV/EMT

TOYOTA MOTOR CORPORATION, et al.,
    Defendants.
_____/

**O R D E R**

        This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 27, 2015 (doc. 28).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

        Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 30), I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

        2.    Plaintiff's second amended complaint (doc. 14) is **DISMISSED** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

        3.    All pending motions are **DENIED** as moot.

        4.    The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 5th day of May, 2015.

                                                  /s/ *Roger Vinson*
                                                  **ROGER VINSON**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**